June 6, 2007

**FILED**
JUN 2 8 2007
Judge Blanche M. Manning
United States District Court

The Honorable Judge Blanche M. Manning
The United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
20th Floor
219 South Dearborn Street
Chicago, Illinois 60604

United States of America
V
Nick Jones
Case 1:06CR.00684

October 27, 2006    Michael J. Petro requested a bond hearing before you, the Honorable Judge Manning.

November 28, 2006    Michael J. Petro came to visit me and bring my discovery, nothing else.

December 22, 2006    Michael J. Petro submitted a motion for bond before you, the Honorable Judge Manning.

During these dates, did he make a court date, to have my motion heard before my status hearing which was December 22, 2006?

During these dates, did he discuss how he would represent my motion or discuss with me the information that would be considered for argument (i.e. Background, pretrial services and alleged incidents)?

January 20, 2007    Michael J. Petro came to visit me and brought a copy of the motion filed by the prosecution. He told me we were given another chance to file a motion on my behalf to go over crucial issues concerning the case, my background/history, and pretrial services in comparison of the twenty four or so people that were out on bond already. He stated his motion had to be in by January 21, 2007, the following day.

I called him the first week of February to see if everything was in working order with the motion, he then told me he decided not to put the motion in because he covered all the basics in the first motion. He was not truthful. I asked him why did we go over all the info for the motion, he replied by saying I was suppose to come see you, right?

February 9, 2007   I just received a copy of the first motion filed on my behalf.

February 26, 2007   I just received a copy of the denial motion for my bond from the Honorable Judge Manning.

This case carries ten years to life imprisonment. It not only affects me, but it also affects my wife, kids and family and friends who have been with me through my transition. Michael J. Petro is proud of his 19 years plus of service as an attorney, but he has not been representing me through those 19 years.

Trust is something earned and not given, easily. Petro has made decisions without my say so, has filed paperwork without my review, and has lied to me numerous amounts of time so he can save fare. I believe he has the prosecutor's best interest at heart and not mine. His performance in this one year, shows poorly of someone with 19 years of service under his belt.

I will not stand by and let a person like Petro or the prosecutors present my life to you [Honorable Judge Manning] as worthless, in the courts eyes or anyone beyond the court. If Petro will not stand up and represent me in a desirable manner, he should resign from my case and let someone willing and capable take the job; someone that has a passion for the law, cares about my life and not just their job and pay, and the well being of this case and its outcome.

Petro has continuously asked me, and by way of my wife and family to call his office and when I do he listens to my name and does not accept the call.

Lastly, I would like to bring to your attention that I am being detained in Kankakee County (Jerome Combs Detention Center), in which this facility has not made computers available to view our discovery, nor do they make available a law library or federal law books to review our cases and defense.

Please adhere to the dates and statements in this letter. For it is important to me and my family that all things are considered in reviewing this case on an individual basis and not as a whole.


Nick Jones (Inmate# 274374)
C/o Jerome Combs Detention Center
3050 South Justice Way
Kankakee, IL 60901



Cc:   Michael J. Petro

NICK JONES
C/O JEROME COMBS DETENTION CENTER
3050 S. JUSTICE WAY
KANKAKEE, IL 60901

CHICAGO IL 606
25 JUN 2007 PM 8 T

THE HONORABLE JUDGE B. M. MANNING
THE U.S. DISTRICT COURT
NORTHERN ILLINOIS DISTRICT
EVERETT MCKINLEY DIRKSEN BUILDING
20th FLOOR
219 S. DEARBORN STREET
CHICAGO, IL 60604